*Court Filing Record*

*Court: United States Court of Appeals for the Ninth Circuit*

*Date Received: 10/15/2026*

*Date Filed: 10/15/2026*

*9th Cir. Case No. 26-6186 (1:25-CV-00375-DKG)*

*Resident Name: Jason Long*

*Resident No.: 121296*

*Document Title: Motion for Docket Date Extensions*

*Total Pages: 3 (not including cover page)*

*Total: 1 of 1*

Jason N. Long #121296
IDOC, IMSI, A 213
PO Box 51
Boise, ID 83707

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| LONG, Plaintiff, v. Mohammad, et. al., Defendants | Docket 26-6186<br>Originating Case 1:25-cv-00375-DKG<br>MOTION FOR DOCKETING DATE EXTENSIONS. |

I, the plaintiff, in the above entitled action move the Court to extend the docket due dates out one month for my disclosure statement, opening brief, and for defenses Answers.

I believe I am entitled to prompt notice and to answers to previous motions, and through error of service or another, not of my Fault, I was not informed of docketing due date information, or even that my notice of appeal had been assigned a docket number until October 9, 2026: 3 days past the due date of the first item on the docket schedule.

## DECLARATION OF FACTS: Under penalty of purgery, I swear that:

- On September 22, 2026 at 6:36 PM ACMS@ca9.fedcourts.us emailed docket # and scheduling information to my IDOC facility "idprisonimsi"
- On September 28, 2026 at 3:57 PM Isaac Helton, the IMSI paralegal, printed out the email chain and docket information and improperly deposited it in the "normal" (Not Legal) mail bag, which was reportedly delivered to my IMSI A-block unit the next day.



Case: 26-6186, 10/15/2026, DktEntry: 5.1, (2 of 4)

- Due to IMSI staff duty squabbles and bickering between "night" and "day" shifts over "whose job it is to deliver mail" my critical Docket legal mail sat in the A-Block office from September 29, 2026 until it was delivered to me on October 9, 2026.
- I have been informed by paralegal Isaac Hellon that this mail delivery/delay issue due to unprofessionalism is well documented in complaints he's launched via email and inmate complaints.
- In the Filing of my notice of Appeal, I submitted a Motion for appointment of Counsel with supporting financial and statement affidavits to justify the motion
- I have not received an answer or order from the Court concerning my MOTION FOR Appointment of Counsel.

- signed [signature] 10/15/26

Due to my infringed upon rights of notice of legal proceedings and the disadvantage that has placed me, and due to my motion for counsel going unanswered — a counselor who would file my opening brief — I believe enough mishap and disadvantage has been inflicted to me to merit this Motion for Extensions. And so I pray the Court grant and order the extension of all due dates in this case be pushed out at least one (1) month. Dated 10/15/2026

Petitioner Jason N. Long          Signed [signature]



Case: 26-6186, 10/15/2026, DktEntry: 5.1, (3 of 4)

# Certificate of Service

I swear under penalty of perjury, I submitted a copy of this Motion to be served to the 9th District Court of Appeals and the defense counselors via electronic service instructions through my prison Access to Courts office (Paralegal Isaac Helton). On the following date

Dated: October 15, 2026

Jason N. Long
Printed

Signed